J-S72031-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| IN THE INTEREST OF: S.E.E., A MINOR | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| APPEAL OF: M.S. MOTHER AND | : | |
| S.S., STEPFATHER | : | No. 1779 EDA 2017 |

Appeal from the Order Entered May 17, 2017
in the Court of Common Pleas of Philadelphia County,
Family Court at No(s): CP-51-AP-0000997-2016

BEFORE:   BENDER, P.J.E., MUSMANNO, J., and STEVENS*, P.J.E.

DISSENTING STATEMENT BY MUSMANNO, J.:   **FILED JANUARY 08, 2018**

I respectfully dissent.  Under our standard of review, we are to accept the trial court's findings of fact and credibility determinations.  We have consistently recognized that the trial court's decision should not be reversed merely because the record would support a different result.  ***See In re T.S.M.***, 71 A.3d 251, 267 (Pa. 2013).

---

*   Former Justice specially assigned to the Superior Court.